# Court of Appeals
# of the State of Georgia

ATLANTA,  August 31, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0956.  THE KROGER COMPANY et al. v. MICHAEL ARP et al.**

We granted the Kroger Company's application for discretionary review of the Superior Court's order affirming the award of the Appellate Division of the State Board of Workers' Compensation, which required Kroger to reimburse a group health insurance provider for medical expenses paid on behalf of Kroger's employee Michael Arp. After careful review of the entire record, the award of the Administrative Law Judge, the decision of the Appellate Division, and the Superior Court's order, we conclude that the application for discretionary appeal was improvidently granted, and it is ordered that the appeal in this case is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  08/31/2022*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*